IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| NORTH AMERICAN TEA & COFFEE, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | 1:06CV909 |
| WINTERNITZ, INC.; FRAIN INDUSTRIES, INC., d/b/a The Frain Group; PERFECTION PLANT LIQUIDATION, LLC; CHARLES J. WINTERNITZ; and JOHN FRAIN, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER GRANTING JOINT MOTION TO STAY

Upon the Parties' Joint Motion to Stay this matter filed with the Court on August 24, 2007, and for good cause shown,

**IT IS HEREBY ORDERED** that the joint motion (Pleading No. 45) is **GRANTED** and that this matter and all deadlines and proceedings herein are stayed through October 15, 2007. If and when the stay is lifted, all discovery and motion deadlines shall be extended accordingly.

/s/ P. Trevor Sharp
United States Magistrate Judge

Date: September 13, 2007